IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|         Plaintiff, ) | No. CR 05-01329-TUC-FRZ (BPV) |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Ephrain Cruz, ) | |
| ) | |
|         Defendant. ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona, for hearing and report and recommendation on Defendant's Motion to Dismiss Indictment for Selective Prosecution.

Magistrate Judge Bernardo P. Velasco conducted a hearing, which commenced on August 21, 2006 and concluded August 25, 2006. On September 6, 2006, Magistrate Judge Velasco issued his Report and Recommendation, recommending that the Court, after it's independent review and consideration, enter order denying Defendant's Motion to Dismiss and Defendant's Motion for Disclosure.

Defendant filed objections to the Magistrate Judge's Report and Recommendation, to which the Government filed its response in opposition under seal.

The Court, having made an independent de novo review of the record herein, orders as follows:

**IT IS ORDERED** that Magistrate Judge Velasco's Report and Recommendation [Doc. # 64] is **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment for Selective Prosecution [Doc. #33] is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's Motion for Disclosure [Doc. #35] is **DENIED**.

DATED this 24th day of October, 2006.

FRANK R. ZAPATA
United States District Judge